# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2026

Lyle W. Cayce
Clerk

No. 26-40091

Jorge Amado Hernandez Cerrato,

*Petitioner—Appellant*,

*versus*

Alexander Sanchez; Bret Bradford, *Acting Field Office Director of the Houston Field Office, U.S. Immigration and Customs Enforcement*; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Pamela Bondi, *U.S. Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*,

*Respondents—Appellees.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:25-CV-367

UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion to expedite the appeal is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to reduce the time for Appellees to file a brief is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to supplement the record on appeal with any notice to appear, warrant of arrest or custody authorization, DHS custody determination, and a statement identifying the statutory authority under which Petitioner is currently detained is DENIED.