# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2026

Lyle W. Cayce
Clerk

No. 26-40091
Summary Calendar

———————————

Jorge Amado Hernandez Cerrato,

*Petitioner—Appellant*,

*versus*

Alexander Sanchez; Bret Bradford, *Acting Field Office Director of the Houston Field Office, U.S. Immigration and Customs Enforcement*; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*,

*Respondents—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:25-CV-367

———————————————————————

## JUDGMENT

Before Wiener, Willett, and Wilson, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

No. 26-40091

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.